IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 112,037

In the Matter of ERIC MICHAEL GAMBLE,
*Petitioner.*

ORDER OF REINSTATEMENT

On December 5, 2014, this court suspended the petitioner, Eric Michael Gamble, from the practice of law in Kansas for a period of 6 months. See *In re Gamble*, 301 Kan. 13, 338 P.3d 576 (2014). The court further ordered that the petitioner undergo a hearing, pursuant to Supreme Court Rule 219 (2015 Kan. Ct. R. Annot. 403), prior to consideration of a petition for reinstatement.

On November 24, 2015, petitioner filed a motion for reinstatement. On December 7, 2015, the court referred the petition to the Disciplinary Administrator for investigation and hearing. On June 9, 2016, a hearing panel of the Kansas Board for Discipline of Attorneys conducted a hearing to consider the petitioner's petition for reinstatement.

On August 9, 2016, the hearing panel filed its report setting out the circumstances leading to the petitioner's suspension, a summary of the evidence presented, and its findings and recommendations. The panel unanimously recommended that the petitioner's petition for reinstatement of his license to practice law in Kansas be granted.

The court, after carefully considering the record, accepts the findings and recommendations of the hearing panel and grants the petitioner's petition for reinstatement of his license to practice law in Kansas.

IT IS THEREFORE ORDERED that the petitioner be reinstated to the practice of law in Kansas conditioned upon his compliance with the annual continuing legal education requirements and upon his payment of all fees required by the Clerk of the Appellate Courts and the Kansas Continuing Legal Education Commission. Upon proof provided to the Clerk of the Appellate Courts that the petitioner has complied with the annual continuing legal education requirements and has paid the fees required by the Clerk of the Appellate Courts and the Kansas Continuing Legal Education Commission, the Clerk is directed to enter the petitioner's name upon the roster of attorneys engaged in the practice of law in Kansas.

IT IS FURTHER ORDERED that this order be published in the official Kansas Reports and that the costs herein be assessed to the petitioner.

IT IS SO ORDERED.

Effective this 21st day of October, 2016.